# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Alfredo Guerrero  PRINCIPAL
A091 292 560  YOB: 1964
Mexico

United States District Court
Southern District of Texas
**FILED**
OCT 0 7 2014
**Clerk of Court**

## CRIMINAL COMPLAINT

Case Number:

M-14- 1951 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 5, 2014__ in __Brooks__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Elmer Rocael Rivera-Guinac, citizen of Guatemala, and Jose Ines Esquivel-Rivas, citizen of El Salvador, along with one (1) other undocumented aliens, for a total of three (3), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Edinburg, Texas to the point of arrest near Encino, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)     FELONY__
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On October 5, 2014, DPS Trooper Hogue performed a vehicle stop on a Ford Focus 3 miles west of Highway 281 on FM 755. The driver, later identified as Alfredo Guerrero, failed to make a complete stop at the stop sign on FM 755. Trooper Hogue gained consent to search the trunk of the vehicle and found 3 subjects inside without identification. Trooper Hogue requested assistance from Border Patrol, and agents performed an immigration inspection. All 4 subjects in the vehicle were found to be illegally in the United States. All 4 subjects were transported to the Falfurrias Border Patrol Station for processing.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by
Joseph T Leonard

Signature of Complainant

**Derek Conrow        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**October 7, 2014** at **McAllen, Texas**
Date                                          City and State

**Dorina Ramos        , U. S. Magistrate Judge**
Name and Title of Judicial Officer        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14- /951 -M

RE:  Alfredo Guerrero                                A091 292 560

**CONTINUATION:**

**PRINCIPAL'S STATEMENT:**

Alfredo GUERRERO was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

GUERRERO told agents a friend he has known for 3 months offered him an opportunity to make money transporting illegal aliens through the Falfurrias Checkpoint. He agreed, and his friend told him to meet him at the Loves Truck Stop in Edinburg, Texas. There, his friend had the 3 illegal aliens already in the trunk of the Ford Focus. He stated he would be paid $200 (USD) per person he successfully smuggled north. At some point he became scared and decided not to go through with it, and that is when he was stopped by DPS.

**NOTE:** GUERRERO has been the principal of 2 prior Administrative Smuggling Cases, and has been prosecuted for a third. He received 20 months BOP and 3 years SRT for the third event.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1- Elmer Rocael Rivera-Guinac told agents he is a citizen of Guatemala. He illegally crossed the Rio Grande River and stayed with a friend for approximately 1 month. He was then picked up by a smuggler and transported to the gas station where he was transferred into the trunk of the car he was arrested in. The smuggler who drove him there, told him to enter the trunk, but the driver was standing next to the car staring at him. He and the others entered the trunk, the vehicle departed, and was stopped shortly after. The man driving the vehicle was the same man he saw staring at him at the gas station. Rivera identified GUERRERO in a photo lineup as the man at the gas station and the driver of the vehicle he was arrested in.

2- Jose Ines Esquivel-Rivas told agents he is a citizen of El Salvador. He illegally crossed the Rio Grande River and was transported to some apartments. He stayed there for approximately 4 days and was then transported to a gas station. He was then transferred into the trunk of an awaiting vehicle. He stated he saw the driver's face before entering the trunk. It was the same person who was driving when the police stopped the vehicle he was arrested in. Esquivel identified GUERRERO in a photo lineup as the driver of the vehicle he was in.